

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2017

No. 04-16-00648-CR

Darrel K. **BOWSER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR5005
Honorable Mary D. Roman, Judge Presiding

# O R D E R

On June 15, 2017, we abated this appeal to the trial court to hold a hearing to determine whether appellant desired to prosecute his appeal, whether appellant is indigent, and whether counsel abandoned this appeal. *See* TEX. R. APP. P. 38.8(b)(2). On July 19, 2017, a supplemental clerk's record containing the trial court's findings of facts and conclusions of law was filed. The trial court found appellant is indigent and desires to prosecute his appeal. The trial court also found counsel "represented appellant on appeal, but will no longer file an appeal due to non-payment by appellant." The trial court appointed Angela Moore to represent appellant on appeal.

We, therefore, ORDER this appeal reinstated on the docket of this court. We ORDER Angela Moore to file appellant's brief on or before **August 21, 2017.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2017.



_Luz Estrada_
Luz Estrada
Chief Deputy Clerk